```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ILLINOIS
```

JAMES ARCHIBALD and           )
ANGELA ARCHIBALD,             )
                              )
    Plaintiffs,            )
                              )
v.                            )       Case No. 17-cv-848
                              )
NAVDEEP SINGH, and            )
ORBIT EXPRESS, INC.,          )
                              )
    Defendants.            )

**COMPLAINT**

JURSIDICTION

This matter is brought pursuant to the Diversity of Citizen Statute 28 U.S.C. Section 1332.

COUNT I
(Negligence v. Navdeep Singh)

Comes now the plaintiff, JAMES ARCHBALD, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.,** and for Count I of his Complaint against the defendant, NAVDEEP SINGH, states:

1. That on or about May 25, 2017, the defendant, Navdeep Singh, was a citizen and resident of Brampton, Ontario Canada, when, during the course of his employment with defendant, Orbit Express, Inc., a Canadian corporation, incorporated in Canada, with its principal place of business in Brampton, Ontario, Canada, was operating a truck and trailer owned by Orbit

Express, Inc. which was blocking both lanes of Illinois Route 16 near Litchfield, Illinois.

2. That on or about said date, the plaintiff, James Archibald, was a citizen and resident of the State of Illinois, specifically Gillespie, Illinois when he was operating his vehicle westbound on Route 16 when it collided with the vehicle owned and operated by defendants.

3. That the defendant Navdeep Singh was guilty of one or more of the following negligent acts or omissions:

    a) Negligently and carelessly parked his vehicle such that it blocked both lanes of traffic on Illinois Route 16.

4. That as a direct and proximate result of the defendants' negligence as aforesaid plaintiff's vehicle collided with the trailer, and plaintiff suffered painful and permanent injuries including brain damage. Plaintiff has incurred and become large sums of money in hospital, medical and related expenses. He has suffered mental anguish, disability and disfigurement along with a loss of normal life, past, present and future, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT II
(Negligence v. Orbit Express, Inc.)

Comes now the plaintiff, JAMES ARCHBALD, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.,** and for Count II of his Complaint against the defendant, ORBIT EXPRESS, states:

1. That on or about May 25, 2017, the defendant, Navdeep Singh, was a citizen and resident of Brampton, Ontario Canada, when, during the course of his employment with defendant, Orbit Express, Inc., a Canadian corporation, incorporated in Canada, with its principal place of business in Brampton, Ontario, Canada, was operating a truck and trailer owned by Orbit Express, Inc. which was blocking both lanes of Illinois Route 16 near Litchfield, Illinois.

2. That on or about said date, the plaintiff, James Archibald, was a citizen and resident of the State of Illinois, specifically Gillespie, Illinois when he was operating his vehicle westbound on Route 16 when it collided with the vehicle owned and operated by defendants.

3. That the defendant, by and through its agent, servant, and employee, Navdeep Sing, was guilty of one or more of the following negligent acts or omissions:

   a) Negligently and carelessly parked his vehicle such that it blocked both lanes of traffic on Illinois Route 16.

4. That as a direct and proximate result of the defendants' negligence as aforesaid plaintiff's vehicle collided with the trailer, and plaintiff suffered painful and permanent injuries including brain damage. Plaintiff has incurred and become large sums of money in hospital, medical and related expenses. He has suffered mental anguish, disability and disfigurement along with a loss of normal life, past, present and future, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT III
(Loss of Consortium v. Navdeep Singh)

Comes now the plaintiff, ANGELA ARCHIBALD, by and through her attorney, **KEEFE, KEEFE & UNSELL, P.C.,** and for Count III of her Complaint against the defendant, NAVDEEP SINGH, states:

1. That on or about May 25, 2017, Angela Archibald was the lawful wedded wife of plaintiff James Archibald.

2. That on or about May 25, 2017, the defendant, Navdeep Singh, was a citizen and resident of Brampton, Ontario Canada, when, during the course of his employment with defendant, Orbit Express, Inc., a Canadian corporation, incorporated in Canada, with its principal place of business in Brampton, Ontario, Canada, was operating a truck and trailer owned by Orbit

Express, Inc. which was blocking both lanes of Illinois Route 16 near Litchfield, Illinois.

    3.    That on or about said date, the plaintiff, James Archibald, was a citizen and resident of the State of Illinois, specifically Gillespie, Illinois when he was operating his vehicle westbound on Route 16 when it collided with the vehicle owned and operated by defendants.

    4.    That the defendant Navdeep Singh was guilty of one or more of the following negligent acts or omissions:

        a)    Negligently and carelessly parked his vehicle such that it blocked both lanes of traffic on Illinois Route 16.

    5.    That as a direct and proximate result of the defendants' negligence as aforesaid plaintiff's vehicle collided with the trailer, and plaintiff suffered painful and permanent injuries including brain damage.  Plaintiff has incurred and become large sums of money in hospital, medical and related expenses.  He has suffered mental anguish, disability and disfigurement along with a loss of normal life, past, present and future, all to his damage in a substantial amount.

    6.    That as a direct and proximate result of the negligence and carelessness of the defendant as aforesaid plaintiff Angela Archibald has suffered permanent damages in that she has become liable for large sums of hospital, medical and related expenses.  She has been deprived of the love,

companionship, consortium, and support of her husband to which she was entitled all to her damage in a substantial amount.

WHEREFORE, plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT IV
(Loss of Consortium v. Orbit Express, Inc.)

Comes now the plaintiff, ANGELA ARCHIBALD, by and through her attorney, **KEEFE, KEEFE & UNSELL, P.C.,** and for Count IV of her Complaint against the defendant, ORBIT EXPRESS, INC., states:

1. That on or about May 25, 2017, Angela Archibald was the lawful wedded wife of plaintiff James Archibald.

2. That on or about May 25, 2017, the defendant, Navdeep Singh, was a citizen and resident of Brampton, Ontario Canada, when, during the course of his employment with defendant, Orbit Express, Inc., a Canadian corporation, incorporated in Canada, with its principal place of business in Brampton, Ontario, Canada, was operating a truck and trailer owned by Orbit Express, Inc. which was blocking both lanes of Illinois Route 16 near Litchfield, Illinois.

3. That on or about said date, the plaintiff, James Archibald, was a citizen and resident of the State of Illinois, specifically Gillespie, Illinois when he was operating his

vehicle westbound on Route 16 when it collided with the vehicle owned and operated by defendants.

4. That the defendant, by and through its agent, servant, and employee, Navdeep Singh, was guilty of one or more of the following negligent acts or omissions:

    a) Negligently and carelessly parked his vehicle such that it blocked both lanes of traffic on Illinois Route 16.

5. That as a direct and proximate result of the defendants' negligence as aforesaid plaintiff's vehicle collided with the trailer, and plaintiff suffered painful and permanent injuries including brain damage. Plaintiff has incurred and become large sums of money in hospital, medical and related expenses. He has suffered mental anguish, disability and disfigurement along with a loss of normal life, past, present and future, all to his damage in a substantial amount.

6. That as a direct and proximate result of the negligence and carelessness of the defendant as aforesaid plaintiff Angela Archibald has suffered permanent damages in that she has become liable for large sums of hospital, medical and related expenses. She has been deprived of the love, companionship, consortium, and support of her husband to which she was entitled all to her damage in a substantial amount.

WHEREFORE, plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

                                                  <u>/s/Thomas Q. Keefe, Jr.</u>
                                                  THOMAS Q. KEEFE, JR.
                                                  IL REG NO. 03123418
                                                  Attorney for Plaintiff

**KEEFE, KEEFE & UNSELL, P.C.**
**#6 Executive Woods Court**
**Belleville, IL  62226**
**618/236-2221 (Telephone)**
**618/236-2194 (Facsimile)**